JENNINGS, APPELLEE, *v.* UNIVERSITY EAR, NOSE &
THROAT SPECIALISTS, INC. ET AL., APPELLANTS.

[Cite as *Jennings v. Univ. Ear, Nose & Throat Specialists,
Inc.*, 101 Ohio St.3d 326, 2004-Ohio-1445.]

(No. 2002–1837—Submitted March 15, 2004—Decided April 7, 2004.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Johns v. Univ. of Cincinnati Med. Assoc., Inc.*, 101 Ohio St.3d 234, 2004-Ohio-824, 804 N.E.2d 19.

---

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

Marlene Penny Manes and Alphonse A. Gerhardstein, for appellee.

Frost, Brown & Todd, L.L.C., Walter E. Haggerty, Scott R. Brown and Douglas R. Dennis, for appellants.